IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00072-LTB-PAC

JOHN JAY KERSBERGEN,

    Plaintiff,

v.

XCEL ENERGY INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Modify Scheduling Order [filed July 12, 2006; Doc. No. 13] is **GRANTED** as follows:

    The Discovery Cutoff is extended to **September 11, 2006.**

    The Dispositive Motions Deadline is extended to **September 22, 2006.**

    Amendment of Pleadings is due **September 1, 2006.**

Dated:  July 21, 2006