**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00072-LTB-PAC

JOHN JAY KERSBERGEN,

       Plaintiff,

v.

XCEL ENERGY, INC.,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Motion to Amend Claim Pursuant to F.R.C.P. 15 (Doc 6 - filed April 24, 2006) is **GRANTED**.


Dated:  September 15, 2006

_____