IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00072-LTB-PAC

JOHN JAY KERSBERGEN,

      Plaintiff,

v.

XCEL ENERGY, INC.,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 21 - filed September 28, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:

                       s/Lewis T. Babcock
                    Lewis T. Babcock, Chief Judge

DATED:   September 29, 2006